IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV252

| | |
|---|---|
| INNOVA PLAN STRATEGIES, LLC, )<br>                     Plaintiff, )<br>v.                            )<br>                                )<br>STANDARD INSURANCE COMPANY, )<br>                     Defendant. )<br>                                ) | **ORDER GRANTING**<br>**ADMISSION PRO HAC VICE** |

      **THIS MATTER** is before the Court upon the motion of defendant Standard Insurance Company to allow **Cynthia J. Cutler** to appear *Pro Hac Vice*, October 11, 2006 [doc. #11].

      Upon careful review and consideration, this Court will grant the Application.

      In accordance with Local Rule 83.1 (B), the Court notes that Ms. Cutler has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

      **IT IS SO ORDERED.**

      Signed: October 13, 2006

      Graham C. Mullen
      United States District Judge