**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV00252-MU**

| | | |
|---|---|---|
| **INNOVA PLAN STRATEGIES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **STANDARD INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

      **THIS MATTER** is before the Court upon Defendant's Motion to Strike (Document #14).

      It appears to this Court that the Plaintiff did not ever receive notice of Defendant's Motion to Dismiss.

      **IT IS THEREFORE ORDERED** that Defendant's Motion to Strike is hereby **DENIED**.

      **IT IS FURTHER ORDERED** that the Defendant reply to the Plaintiff's Response to Motion to Dismiss (Document #13) within fourteen (14) days of this order, pursuant to Local Rule 7.1(b) of the Rules of Practice and Procedure of the United States District Court for the Western District of North Carolina.

Signed: December 18, 2006

Graham C. Mullen
United States District Judge