IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
CHARLOTTE DIVISION
3:06CV252-MU

| | |
|---|---|
| INNOVA PLAN STRATEGIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| STANDARD INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on its own motion. Due to a clerical error in the Order [doc. 16], the Clerk's Office is directed to STRIKE said Order issued on December 14, 2006.

IT IS SO ORDERED.

Signed: December 18, 2006

Graham C. Mullen
United States District Judge