IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL CASE NO. 3:06cv252

| | |
|---|---|
| INNOVA PLAN STRATEGIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| STANDARD INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to 28 U.S.C. § 636(b), Rule 72(a) of the Federal Rules of Civil Procedure, and the Rules of this Court, the undersigned hereby refers this matter to the Honorable Carl Horn, III, United States Magistrate Judge, for a pretrial conference and the entry of an appropriate Pretrial Order and Case Management Plan.

**IT IS SO ORDERED.**

Signed: November 30, 2007

Martin Reidinger
United States District Judge